UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH W. MORRISON, as Personal
Representative of the Estate of Mark T.
Lowe,

      Plaintiff,                                Case No. 09-11948

v.                                          Hon. Nancy G. Edmunds

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

      Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [38]**

      This matter has come before the Court on the Magistrate Judge's June 14, 2010 Report and Recommendation. [Docket Text # 38.] Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED and Defendant's motion for judgment based on the administrative record is GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.


                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: July 29, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 29, 2010, by electronic and/or ordinary mail.

                                       s/Carol A. Hemeyer
                                       Case Manager